UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DAVID ALL KRAS a/k/a David Kras,<br><br>　　　　　　Defendant. | Case No. 1:12-CV-0036-BLW<br><br>**CONSENT JUDGMENT** |

　　　　Upon the Stipulation for Entry of Consent Judgment (ECF No. 12) filed by the parties;

　　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

　　　　1. Plaintiff, United States of America, shall have judgment against the Defendant, David All Kras, in the amount of $142,000.00.

　　　　2. Pursuant to stipulation of the parties hereto for the payment of this Judgment, Defendant shall make installment payments in the sum of $1,000.00 per month beginning July 15, 2012 and continuing monthly thereafter until the debt is paid in full. This debt can be paid off at any time without penalty or charge.

3. In addition to the regular monthly payments set forth herein, this debt shall be submitted to the Department of Treasury for inclusion in the Treasury Offset Program for offset of any payments the Defendant might receive from the Federal Government such as a tax refund or stimulus payment.  Any Treasury offsets shall not be in lieu of the monthly payments. Treasury offsets will be used to reduce the balance so as to shorten the total payment period.

4. Payments shall be made payable to the United States Attorney and mailed to the United States Attorney's Office, 800 E. Park Blvd., Suite 600, Boise, ID 83712.  David All Kras agrees to keep the United States Attorney's Office apprised of his home address should that change.  Payments shall be made within 10 days of the due date which shall be the 15th day of each month beginning July 15, 2012.  Assuming no early payments, David All Kras shall pay in full on or about March, 2024, with no interest.

5. So long as Defendant David All Kras makes timely payments as provided herein, the United States shall not levy execution upon this Judgment beyond the recording of the Judgment and the inclusion of this debt in the Treasury Offset Program.  Should Defendant fail to make any payment within 10 days of its due date or should any bank deny Defendant's payment, Defendant

CONSENT JUDGMENT - 2

shall be deemed to be in default. The United States will notify Defendant of any default within 30 days thereof and Defendant shall have 15 days after receipt of such notice to pay before any legal action is taken to execute on this Judgment. Should Defendant fail to bring his account current after this notice, the United States shall then have the right to judicially enforce this Judgment to the extent allowed by law on the balance of the Settlement Amount remaining unpaid.

6. Each party shall bear its own costs and fees.

7. The Clerk shall close this case.

DATED: **July 11, 2012**

B. LYNN WINMILL
Chief Judge
United States District Court

CONSENT JUDGMENT - 3